UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAIQIANG YIN,

Petitioner,

v.

MATTHEW PUTRA et al.,

Respondents.

Case No. 1:26-cv-2912

Honorable Jane M. Beckering

# ORDER

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE). In an Opinion and Judgment entered on November 5, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with an individualized bond hearing before an immigration judge, at which time the government will have the burden to demonstrate dangerousness or flight risk by clear and convincing evidence, within five business days and with notice to the Parties no later than 24 hours prior to the scheduled hearing, or, in the alternative, immediately release Petitioner from custody. (Op. & J., ECF Nos. 8, 9.) The Court further directed Respondents to file a status report within six business days of the date of the Court's Opinion and Judgment to certify compliance with Court's Opinion and Judgment. (*Id.*)

On November 13, 2026, Respondents filed a status report indicating that Petitioner was provided a bond hearing on November 12, 2026. (Status Report, ECF No. 10.) The Immigration Judge denied bond, in a written order, stating: "The Court finds the [Petitioner] to be a danger to

the community. [Petitioner] has a pending DUI charge." (Immigration Judge Order, ECF No. 10-1, PageID.106.)

On November 18, 2026, Petitioner filed a motion to enforce the judgment. (Mot., ECF No. 11.) In his motion to enforce the judgment, Petitioner acknowledges that the Immigration Judge stated that the burden had shifted to the government during the hearing, (*id.*, PageID.109), but argues that the immigration judge "did not substantively apply the government's court-ordered burden of proof," (*id.*, PageID.108).

To resolve Petitioner's motion to enforce the judgment, the Court finds that a transcript, or if a transcript is not available, a recording, of the November 12, 2026 bond hearing is required.[1]

Accordingly,

**IT IS ORDERED** that on or before the third business day after entry of this Order, Respondents shall file a transcript, or if a transcript is not available, a recording of the November 12, 2026 bond hearing before the Immigration Judge.

Dated: November 19, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge

[1] Petitioner attached a transcript of the bond hearing prepared by Petitioner's counsel to his motion to enforce the judgment. (*See* ECF No. 11-1, PageID.125–127.) The Court will nevertheless order Respondents to provide a transcript or recording of the bond hearing in order for the Court to resolve the motion.